UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

SAMUEL CALLOWAY,

                **Plaintiff,**

    v.                                     9:09-CV-1354
                                                (TJM/GHL)

SGT. CHARLES GRIMSHAW,
 *a/k/a* Grinnhan,

                **Defendant.**
────────────────────────────────────────

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

**I. INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated August 10, 2011 have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**II. CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order for the reasons stated therein. Therefore, it is hereby

1

**ORDERED** that Defendant's motion for summary judgment (Dkt. # 30) is **GRANTED** and the Complaint is **DISMISSED**.

**IT IS SO ORDERED**

Dated: September 15, 2011

_____
Thomas J. McAvoy
Senior, U.S. District Judge